UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ALLEN LUCAS,

       Petitioner,

v.                                            Case No. 10-cv-14948
                                           Honorable Denise Page Hood

STEVE RIVARD,

       Respondent.

_____/

## **JUDGMENT**

       **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date November 30, 2012, this cause of action is **DISMISSED WITH PREJUDICE**.

      Dated at Detroit, Michigan this 30th day of November, 2012.

                                                             DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                                             BY: s/LaShawn Saulsberry

APPROVED:

S/Denise Page Hood
Denise Page Hood
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2012, by electronic and/or ordinary mail.

                                       S/LaShawn R. Saulsberry
                                       Case Manager